AMERICAN GROCERY COMPANY, APPELLANT, v. BOARD OF COMMISSIONERS OF THE CITY OF NEW BRUNSWICK, RESPONDENT.

Argued February 6 and 7, 1941—Decided April 25, 1941.

For the appellant, *Morris H. & Charles E. Cohn.*

For the respondent, *Paul W. Ewing.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, DONGES, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 8.

*For reversal*—CASE, HEHER, HAGUE, THOMPSON, JJ. 4.